UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHENGMING JIN,
                        Plaintiff,

                22 Civ. 7658 (LGS)

       -against-

                ORDER

SECRETARY ALEJANDRO MAYORKAS, et al.,

                    Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS on September 8, 2022, the Complaint for a Writ of Mandamus was filed. It is hereby

      **ORDERED** that the Government shall, by **October 27, 2022**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **November 10, 2022**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: September 29, 2022
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**